UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BADEN SPORTS, INC.,

          Plaintiff,

v.

KABUSHIKI KAISHA MOLTEN (DBA MOLTEN CORPORATION) AND MOLTEN U.S.A. INC.,

          Defendants.

No. C06-210MJP

ORDER REGARDING ADR REQUEST

This matter comes before the Court on Plaintiff's request that the Court order the parties to participate in a settlement conference before the Honorable Michael Hogan of the United States District Court of the District of Oregon. (Dkt. No. 194.) The Court will not order the parties to participate in a settlement conference outside of this district. The parties have already fulfilled their mediation obligations: they have participated in a settlement conference and a two-day mediation. The Court encourages the parties to pursue viable and productive settlement options, but the Court will not *order* further settlement conferences. Baden's request is DENIED.

The clerk is directed to send copies of this order to all counsel of record.

Dated: June 7th, 2007.

Marsha J. Pechman
United States District Judge

ORDER - 1