UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BADEN SPORTS, INC.

    Plaintiff,

v.

KABUSHIKI KAISHA MOLTEN (DBA MOLTEN CORPORATION) and MOLTEN U.S.A., INC.,

    Defendants.

No. C06-210MJP

ORDER DENYING MOTION FOR LEAVE TO FILE MR. HAMPTON'S SUPPLEMENTAL REPORT

    This matter comes before the Court on Plaintiff Baden's motion for leave to file expert witness Hampton's supplemental report. (Dkt. No. 263.) Defendants oppose the motion. (Dkt. No. 286.) Having considered the motion and response, and the record herein, the Court DENIES the motion.

    On August 1, 2007, the Court issued an order limiting Mr. Hampton's testimony to the information and opinions expressed in his original expert report and during his deposition. (See Dkt. No. 273, Order at 3.) The Court based this order on Baden's failure to timely supplement Mr. Hampton's report. (Id.) That order foreclosed the possibility of Mr. Hampton filing a supplemental report. For the reasons stated in the August 1 Order, Plaintiff's motion to file a supplemental report is DENIED.

    Dated: August 13th, 2007.

                                           Marsha J. Pechman
                                           United States District Judge

ORDER - 1