UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BADEN SPORTS, INC.

                Plaintiff,

v.

KABUSHIKI KAISHA MOLTEN (DBA MOLTEN CORPORATION) and MOLTEN U.S.A., INC.,

                Defendants.

No. C06-210MJP

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on Defendants' motion for reconsideration of the Court's order excluding Craig Barker as a witness. (Dkt. No. 291.)

In this district, motions for reconsideration are disfavored. The Court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence. Local Civil Rule 7(h). For the reasons explained on the record during trial on August 9, 2007, the motion for reconsideration is DENIED.

Dated: August 13th, 2007.

Marsha J. Pechman
United States District Judge

ORDER - 1